LONGLEY ET AL., APPELLANTS, *v.* THAILING ET AL.; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Longley v. Thailing,* 130 Ohio St.3d 352, 2011-Ohio-5755.]

*Judgment of the court of appeals affirmed on the authority of* Barbee v. Nationwide.

(No. 2010-1844—Submitted November 2, 2011—Decided November 10, 2011.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 94354, 2010-Ohio-5012.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Barbee v. Nationwide Mut. Ins. Co.*, 130 Ohio St.3d 96, 2011-Ohio-4914, 955 N.E.2d 995.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

_____

Plevin & Gallucci, Frank Gallucci III, and Michael Shroge; and Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for appellants.

Williams, Moliterno & Scully Co., L.P.A., and Joseph H. Wantz, for appellee.

_____